

# Case Assignment
# Standard Civil Assignment

Case number **3:25CV-65-DJH**

Assigned : Judge David J. Hale
Judge Code : 4415

Assigned on 2/3/2025 10:47:37 AM
Transaction ID: 105506

Request New Judge    Return