UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| In re:<br><br>INSIGHT TERMINAL SOLUTIONS, LLC, *et al.*,<br><br>Debtors. | Case No. 3:25-cv-00065<br><br>Judge David J. Hale |

**CITY OF OAKLAND'S NOTICE OF RELATED CASE AND MOTION TO REASSIGN CASE 3:25-CV-00065 TO PREVIOUSLY FILED CASE 3:25-CV-00023**

The City of Oakland, CA ("City") hereby provides notice to the Court of a previously pending and related Case No. 3:25-cv-00023 (Beaton, J.) ("First Filed Case") and moves the Court to reassign the above-captioned matter to the judge presiding over the related First Filed Case under Local Rule 40.1(b). Both of these matters arise from the same underlying bankruptcy proceeding involving former debtor ITS.

The First Filed Case involves an adversary proceeding filed in the Bankruptcy Court by former debtor ITS against the City of Oakland. Per that court's rules, it was originally filed in the above-captioned bankruptcy docket (Western District of Kentucky Bankruptcy Court Case No. 19-32231, Dkt. 495) and then assigned its own adversary docket number (Case No. 24-3007-jal). Following the bankruptcy court's denial of a motion to dismiss, the City moved this Court to Withdraw the Reference and Transfer Venue to the Northern District of California, and that motion is fully briefed and pending before Judge Beaton in the First Filed Case. The City has sought a stay from Judge Beaton of proceedings below pending resolution of that Motion, and that stay motion is pending.

1

The above-captioned appeal involves a related order issued by the bankruptcy court authorizing Rule 2004 discovery into the City's finances. The appeal, and the underlying order, are related to the matters at issue in the motion pending before Judge Beaton. The City intends to file the same stay motion on the docket in this case, now that it has been assigned (and in the interest of efficiency, addressed in that one motion the stays of all related proceedings below). The Bankruptcy Court denied both of the City's related requested stays on January 28, 2025 at the same hearing in the adversary proceeding, including the requested stay pending appeal of the above-captioned discovery matter.

These proceedings accordingly involve "a common question of law or fact." Fed. R. Civ. P. 42(a); *see also* Local Rule 40.1(b) ("Cases may be considered related if they meet the requirements of F.R.Civ.P.42(a)"). Reassigning this matter to the judge presiding over the First Filed Case would greatly economize judicial resources and avoid the risk of inconsistent judgements that could arise if this Court reached a different conclusion than the Court in the First Filed Case. Local Rule 40.1(b) (cases may be reassigned as related "if a substantial savings of judicial time and resources would result if they were handled by the same judge").

## CONCLUSION

For the foregoing reasons, the City respectfully requests that, under Local Rule 40.1(b), this Court reassign this related matter to Judge Beaton, the judge presiding over the First Filed Case.

Respectfully submitted,

Dated: February 4, 2025          By: /s/ *Danielle Leonard*

    Danielle Leonard (SBN 218201)
    ALTSHULER BERZON LLP
    177 Post Street, Suite 300
    San Francisco, CA 94108
    Phone: (415) 421-7151
    Email: dleonard@altshulerberzon.com

    April A. Wimberg
    Ryne E. Tipton
    DENTONS BINGHAM GREENBAUM LLP
    3500 PNC Tower, 101 South Fifth Street
    Louisville, Kentucky 40202
    Phone: (502) 587-3719
    Email: april.wimberg@dentons.com
           ryne.tipton@dentons.com

    Ryan Richardson, City Attorney (SBN 223548)
    (*Pro Hac Vice* motion forthcoming)
    Maria S. Bee, Chief Asst City Attorney
    (SBN 167716)
    Kevin McLaughlin, Supervising Deputy City
    Attorney (SBN 251477)
    THE CITY OF OAKLAND
    One Frank Ogawa Plaza, 6th Floor
    Oakland, California 94612
    Phone: (510) 238-3601
    Email: rrichardson@oaklandcityattorney.org
           mbee@oaklandcityattorney.org
           kmclaughlin@oaklandcityattorney.org

    Monique D. Jewett-Brewster (SBN 217792)
    LATHROP GPM
    The Letitia Building
    70 S First Street
    San Jose, CA 95113-2406
    Phone: (408) 299-1428
    Email: mjb@lathropgpm.com

    Attorneys for Defendant,
    CITY OF OAKLAND

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served electronically upon all parties in the electronic filing system.

Dated: February 4, 2025 By: /s/ *Danielle Leonard*
Danielle Leonard