**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION**

| | |
|---|---|
| In re: <br><br> INSIGHT TERMINAL SOLUTIONS, LLC, *et al.*, <br><br> Debtors. | Case No. 3:25-cv-00065 <br><br> Judge David J. Hale |

**[PROPOSED] ORDER GRANTING NOTICE OF RELATED CASE AND MOTION TO REASSIGN CASE 3:25-CV-00065 TO PREVIOUSLY FILED CASE 3:25-CV-00023**

# [PROPOSED] ORDER

The Court has considered the full briefing on Defendant City of Oakland's Notice Of Related Case And Motion To Reassign Case 3:25-cv-00065 To Previously Filed Case 3:25-cv-00023, all other matters of which the Court may take judicial notice, the arguments of counsel, and all other matters properly presented before the Court. Upon consideration thereof, for the reasons set forth in Defendant's moving papers, good cause having been shown, it is hereby:

ORDERED that the motion is granted. This matter is hereby reassigned to Judge Beaton, who is presiding over the related Case 3:25-cv-00023.

SO ORDERED.

Date:_____ _____