# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| In re: <br><br> INSIGHT TERMINAL SOLUTIONS, LLC, *et al.*, <br><br> Debtors. | Case No. 3:25-cv-00065 <br><br> Judge David J. Hale |

# [PROPOSED] ORDER GRANTING MOTION TO STAY PROCEEDINGS IN THE BANKRUPTCY COURT PENDING THIS COURT'S RESOLUTION OF MATTERS NOW PENDING IN THIS COURT

# [PROPOSED] ORDER

The Court has considered the full briefing on Defendant City of Oakland's Motion To Stay Proceedings In The Bankruptcy Court Pending This Court's Resolution Of Matters Now Pending In This Court, all other matters of which the Court may take judicial notice, the arguments of counsel, and all other matters properly presented before the Court. Upon consideration thereof, for the reasons set forth in Defendant's moving papers, good cause having been shown, it is hereby:

ORDERED that the motion is granted. The Bankruptcy Court's orders granting Rule 2004 discovery (Western District of Kentucky Bankruptcy Case No. 19-32231, Dkt. ECF 523, 548) are hereby stayed pending this Court's resolution of this appeal.

SO ORDERED.

Date:_____                           _____