UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

CITY OF OAKLAND,                                                                                         Appellant,

v.                                            Civil Action No. 3:25-cv-065-DJH

INSIGHT TERMINAL SOLUTIONS, LLC,                          Appellee.

\* \* \* \* \*

## ORDER

Pursuant to Local Rule 40.1(b), the Court, on the motion of Appellant City of Oakland (Docket No. 3) and in the interests of justice and judicial efficiency, finds that reassignment of this case is appropriate in light of the companion case pending before Judge Benjamin Beaton. The receiving judge concurs in the reassignment. Accordingly, it is hereby

**ORDERED** that the City of Oakland's motion to reassign (D.N. 3) is **GRANTED**. This matter is **REASSIGNED** to Judge Benjamin Beaton for all further proceedings

February 7, 2025

David J. Hale, Judge
United States District Court