# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| In re:<br><br>INSIGHT TERMINAL SOLUTIONS, LLC, *et al.*,<br><br>Debtors. | Case No. 3:25-cv-00065-BJB<br><br>Judge Benjamin Beaton |

### DECLARATION OF MONIQUE D. JEWETT-BREWSTER IN RESPONSE TO COURT'S NOTICE REGARDING ADMISSION STATUS OF RYAN RICHARDSON
### [Dkt. 5]

I, Monique D. Jewett-Brewster, declare as follows:

1. I am a member in good standing of the bar of the State of California, a partner at the law firm Lathrop GPM LLP, and co-counsel of record for the defendant The City of Oakland (the "City") in this matter. The contents of this declaration are based on my personal knowledge, and if called to testify I would competently testify thereto.

2. I provide this declaration in response to the Notice filed by the clerk of this court on February 7, 2025 as Dkt. 5.

3. In accordance with LR 83.2 and LCrR 57.2, on February 6, 2025, co-counsel for the City filed a Motion For Admission To Practice *Pro Hac Vice* of Ryan Richardson (the "Motion") in the U.S. Bankruptcy Court for the Western District of Kentucky, Adversary Proceeding No. 24-3007-jal (the "Adversary Proceeding") [ECF No. 78]. The required application fee was paid on February 6, 2025; a true and correct copy of the receipt is attached as Exhibit C to the Motion. A true and correct copy of the Motion is attached hereto as **Exhibit 1**.

4932-3193-1159.2

4. On February 10, 2025 an order granting the Motion was entered admitting Ryan Richardson to appear *pro hac vice* as co-counsel for the City in the Adversary Proceeding. A true and copy of this order attached hereto as **Exhibit 2**.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 12th day of February, 2025 in San Jose, California.

/s/ *Monique D. Jewett-Brewster*
Monique D. Jewett-Brewster
Lathrop GPM, LLP
Co-Counsel for The City of Oakland

4932-3193-1159.2

# Exhibit 1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

| | |
|---|---|
| In re:<br><br>INSIGHT TERMINAL SOLUTIONS, LLC, *et al.*[1],<br><br>Debtors. | Chapter 11<br><br>Case No. 19-32231<br><br>(Jointly Administered) |
| INSIGHT TERMINAL SOLUTIONS, LLC, as the Reorganized Debtor,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND,<br><br>Defendant. | Adv. Proc. No. 24-03007-jal<br><br>Judge Joan A. Lloyd |

### MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE* OF RYAN RICHARDSON

Pursuant to Rule 83.2 of the Joint Local Rules of Civil Practice for the Eastern and Western Districts of Kentucky (the "Local Rules"), the undersigned counsel for Defendant, the City of Oakland ("Defendant"), respectfully moves this Court (the "Motion") for an order admitting *pro hac vice* Ryan Richardson (the "Applicant") in this bankruptcy case and the associated adversary proceeding. In support of the Motion, the undersigned states as follows:

1. The Applicant is a member in good standing of the State Bar of California.

///

---

[1] The Debtors in these chapter 11 cases are Insight Terminal Solutions, LLC (Case No. 19-32231) and Insight Terminal Holdings, LLC (Case No. 19-32232). The Court has ordered the joint administration of theses chapter 11 cases. The docket in this Case No. 19-32231 should be consulted for all matters affecting the above listed cases.

-1-

      2.      The Applicant has not been disbarred, suspended from practice or subject to disciplinary action.

      3.      The Applicant consents to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

      4.      The Applicant's mailing address, telephone number, and e-mail address are:

> Ryan Richardson
> City Attorney
> Office of the Oakland City Attorney
> 1 Frank H. Ogawa Plaza, 6th Floor
> Oakland, CA 94612
> Phone: 510-238-6523
> E-mail: rrichardson@oaklandcityattorney.org

      5.      Attached to this Motion is **Exhibit A** and incorporated by reference is the Affidavit of the Applicant in support of this Motion.

      6.      The Applicant is an attorney of good moral and professional character and is eligible for admission to the Bar of this Court. He is registered as an ECF participant in the following United States Courts:

- U.S. Ninth Circuit Court of Appeals
- U.S. District Court, Northern District of California
- U.S. District Court, Eastern District of California
- U.S. District Court, Central District of California

      7.      Attached to this motion is **Exhibit B** and incorporated by reference is the Applicant's Certificate of Good Standing issued by the highest court of the State of California, where the Applicant is a resident.

      8.      Applicant has paid the $150.00 application fee, and the receipt number is 300011047, receipt attached as **Exhibit C**.

WHEREFORE, the undersigned respectfully requests the entry of an order admitting Ryan Richardson *pro hac vice* to appear before this Court in this bankruptcy case and the associated adversary proceeding on behalf of Defendant City.

Dated:  February 6, 2025          By: /s/ *Monique D. Jewett-Brewster*
                                              Monique D. Jewett-Brewster
                                              CA SBN 217792
                                              LATHROP GPM LLP
                                              The Letitia Building
                                              70 S First Street
                                              San Jose, CA  95113-2406
                                              Telephone:  (408) 286-9800
                                              Facsimile:   (408) 998-4790
                                              Email:    mjb@lathropgpm.com

                                              April A. Wimberg
                                              Ryne E. Tipton
                                              DENTONS BINGHAM GREENBAUM LLP
                                              3500 PNC Tower, 101 South Fifth Street
                                              Louisville, Kentucky 40202
                                              Phone:  (502) 587-3719
                                              Email:  april.wimberg@dentons.com
                                                             ryne.tipton@dentons.com

                                              Co-Counsel for Defendant
                                              THE CITY OF OAKLAND

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and accurate copy of the foregoing was served electronically upon all parties in the electronic filing system in this Adversary Proceeding.

By:   /s/ *Monique D. Jewett-Brewster*
Monique D. Jewett-Brewster
CA SBN 217792
LATHROP GPM LLP
The Letitia Building
70 S First Street
San Jose, CA 95113-2406
Telephone: (408) 286-9800
Facsimile: (408) 998-4790
Email: mjb@lathropgpm.com

# Exhibit A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| In re:<br><br>INSIGHT TERMINAL SOLUTIONS, LLC, *et al.*[1],<br><br>Debtors. | Case No. 19-32231<br><br>Chapter 11<br><br>(Jointly Administered) |
| INSIGHT TERMINAL SOLUTIONS,<br>LLC, as the Reorganized Debtor,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND,<br><br>Defendant. | Adv. Proc. No. 24-03007-jal<br><br>Judge Joan A. Lloyd |

**AFFIDAVIT OF RYAN RICHARDSON
IN SUPPORT OF MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE***

I, Ryan Richardson, having been first duly sworn upon oath, do depose and state the following:

1. My name is Ryan Richardson. I am an attorney serving as City Attorney for Defendant, City of Oakland ("Defendant").

2. I have personal knowledge of the facts stated herein.

3. I am an active member in good standing of the bar of the State of California, which is the state where I reside. I am admitted to practice before the U.S. Ninth Circuit Court

---

[1] The Debtors in these chapter 11 cases are Insight Terminal Solutions, LLC (Case No. 19-32231) and Insight Terminal Holdings, LLC (Case No. 19-32232). The Court has ordered the joint administration of theses chapter 11 cases. The docket in this Case No. 19-32231should be consulted for all matters affecting the above listed cases.

4900-5976-3981.1

of Appeals, U.S. District Court for the Northern District of California, U.S. District Court for the Central District of California, and U.S. District Court for the Eastern District of California.

4. I am a member in good standing to practice before each of the courts listed in the preceding paragraph of this Affidavit and I have been in good standing since the date that I was admitted to practice before each such court.

5. I have obtained a copy of and familiarized myself with the Joint Local Rules of Civil Practice for the United States District Court for the Western District of Kentucky. I agree to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

6. I am not currently the subject of any professional disciplinary sanction, proceeding, or investigation in any jurisdiction.

7. I am not currently and have never been disbarred, suspended from practice, or subject to other disciplinary action by any court, state, territory, or the District of Columbia.

8. I have not previously filed for permission to appear *pro hac vice* before this Court in the above-captioned proceedings.

9. I am registered as an ECF participant in various federal courts and I believe I have completed the ECF training required by those courts.

FURTHER AFFIANT SAYETH NAUGHT.

Dated: February 5, 2025

_____
Ryan Richardson

4900-5976-3981.1

# Exhibit B

# THE STATE BAR OF CALIFORNIA
## CERTIFICATE OF STANDING

January 6, 2025

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, RYAN GREELY RICHARDSON, #223548 was admitted to the practice of law in this state by the Supreme Court of California on December 9, 2002 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*Carolina Almarante-Terrero*

Carolina Almarante-Terrero
Custodian of Records

# Exhibit C

Generated: Feb 6, 2025 2:31PM                                                                 Page: 1/1

# U.S. District Court

## Kentucky Western - Louisville

Receipt Date: Feb 6, 2025 2:31PM

Natalie Gonzalez
1 Frank H Ogawa Plaza
Oakland, CA 94612

Rcpt. No: 300011047          Trans. Date: Feb 6, 2025 2:31PM          Cashier ID: #SK

| CD  | Purpose      | Case/Party/Defendant                            | Qty | Price  | Amt    |
|-----|--------------|-------------------------------------------------|-----|--------|--------|
| 111 | Pro Hac Vice | DKYW325LB000001 /001<br>CLERK U S DISTRICT COURT | 1   | 150.00 | 150.00 |

| CD | Tender      | Amt      |
|----|-------------|----------|
| CC | Credit Card | $150.00  |

Total Due Prior to Payment:     $150.00
Total Tendered:                 $150.00
Total Cash Received:               $0.00
Cash Change Amount:                $0.00

Comments: Pro Hac Vice Fee for Ryan Richardson; Bankruptcy Case No. 24-03007; Mastercard Authorization Code: 073784

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

COURTS/USDC-KY-W-T
601 W BROADWAY STE 106
LOUISVILLE, KY 40202
(502) 625-3592

## SALE

```
                        REF#:  00000001
Batch #: 037001         RRN: 500100001
02/06/25                       15:24:32
AVS: Y                  CVC: M
APPR CODE: 073784
MASTERCARD              Manual CNP
************2479               **/**
```

**AMOUNT        $150.00**

APPROVED

CUSTOMER COPY

# Exhibit 2

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| INSIGHT TERMINAL SOLUTIONS, LLC, *et al.*, | Case No. 19-32231 |
| Debtors. | (Jointly Administered) |
| | Adv. Proc. No. 24-03007-jal |
| INSIGHT TERMINAL SOLUTIONS, LLC, as the Reorganized Debtor, | Judge Joan A. Lloyd |
| Plaintiff, | |
| v. | |
| CITY OF OAKLAND, | |
| Defendant. | |

### ORDER GRANTING FOR ADMISSION TO PRACTICE
### <u>*PRO HAC VICE*</u> OF RYAN RICHARDSON

Defendant the City of Oakland (the "<u>City</u>"), by and through counsel, having filed the *Motion for Admission to Practice Pro Hac Vice of Ryan Richardson* (the "<u>Motion</u>") (Docket No. 78); and the Court having considered and being otherwise duly and sufficiently advised,

**IT IS HEREBY ORDERED** AND **ADJUDGED** that:

1. The City's Motion is **GRANTED**.

2. Ryan Richardson is hereby admitted pro hac vice to participate in all aspects of this case on behalf of the City.

3. This Court shall retain jurisdiction over any and all matters arising from or relating to the interpretation or implementation of this Order.

_____
Joan A. Lloyd
United States Bankruptcy Judge
Dated: February 10, 2025

24490526.v1
4930-2252-0343.1

Tendered By:

By: /s/ *Monique D. Jewett-Brewster*
    Monique D. Jewett-Brewster (SBN 217792)
    LATHROP GPM LLP
    The Letitia Building
    70 S First Street
    San Jose, CA  95113-2406
    Phone:      (408) 286-9800
    Facsimile:   (408) 998-4790
    Email:  mjb@hopkinscarley.com

    April A. Wimberg
    Ryne E. Tipton
    DENTONS BINGHAM GREENBAUM LLP
    3500 PNC Tower, 101 South Fifth Street
    Louisville, Kentucky 40202
    Phone:  (502) 587-3719
    Email:april.wimberg@dentons.com
            ryne.tipton@dentons.com

    Ryan Richardson, City Attorney (SBN 223548) (Pro Hac Vice pending)
    Kevin McLaughlin, Supervising Deputy City Attorney (SBN 251477)
    Maria S. Bee, Chief Asst City Attorney (SBN 167716)
    THE CITY OF OAKLAND
    One Frank Ogawa Plaza, 6th Floor
    Oakland, California 94612
    Phone:   (510) 238-3601
    Email:
    rrichardson@oaklandcityattorney.org
    mbee@oaklandcityattorney.org
    kmclaughlin@oaklandcityattorney.org

    Danielle Leonard (SBN 218201)
    ALTSHULER BERZON LLP
    177 Post Street, Suite 300
    San Francisco, CA 94108
    Phone: (415) 421-7151
    Email:  dleonard@altshulerberzon.com
    *Attorneys for Defendant, City of Oakland*

2

24490526.v1
4930-2252-0343.1