**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| In re: | Case No. 3:25-cv-00065-BJB |
| INSIGHT TERMINAL SOLUTIONS, LLC, *et al.*, | Judge Benjamin Beaton |
| Debtors. | |

**DECLARATION OF MONIQUE D. JEWETT-BREWSTER IN RESPONSE TO COURT'S NOTICE REGARDING ADMISSION STATUS OF MARIA S. BEE**
**[Dkt. 6]**

I, Monique D. Jewett-Brewster, declare as follows:

1.      I am a member in good standing of the bar of the State of California, a partner at the law firm Lathrop GPM LLP, and co-counsel of record for the defendant The City of Oakland (the "City") in this matter. The contents of this declaration are based on my personal knowledge, and if called to testify I would competently testify thereto.

2.      I provide this declaration in response to the Notice filed by the clerk of this court on February 7, 2025 as Dkt. 6.

3.      In accordance with LR 83.2 and LCrR 57.2, on April 26, 2024, co-counsel for the City filed a Motion For Admission To Practice *Pro Hac Vice* of Maria Bee (the "Motion") in the U.S. Bankruptcy Court for the Western District of Kentucky, Adversary Proceeding No. 24-3007-jal (the "Adversary Proceeding") [Dkt. 18]. The required application fee was paid on March 27, 2024 [Dkt. 18-3]; a true and correct copy of the receipt is attached as Exhibit C to the Motion. A true and correct copy of the Motion is attached hereto as **Exhibit 1**.

4924-3003-2920.2

4.      On April 29, 2024, an order granting the Motion was entered admitting Maria Bee to appear *pro hac vice* as co-counsel for the City in the Adversary Proceeding.  A true and copy of this order is attached hereto as **Exhibit 2**.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 12th day of February, 2025 in San Jose, California.

/s/ *Monique D. Jewett-Brewster*
Monique D. Jewett-Brewster
Lathrop GPM, LLP
Co-Counsel for The City of Oakland

4924-3003-2920.2

# Exhibit 1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| In re:<br><br>INSIGHT TERMINAL SOLUTIONS, LLC, *et al.*[1],<br><br>        Debtors. | Chapter 11<br><br>Case No. 19-32231<br><br>(Jointly Administered) |
| INSIGHT TERMINAL SOLUTIONS,<br>LLC, as the Reorganized Debtor,<br><br>        Plaintiff,<br><br>     v.<br><br>CITY OF OAKLAND,<br><br>        Defendant. | Adv. Proc. No. 24-03007-jal<br><br>Judge Joan A. Lloyd |

**MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE* OF**
**MARIA BEE**

Pursuant to Rule 83.2 of the Joint Local Rules of Civil Practice for the Eastern and Western Districts of Kentucky (the "Local Rules"), the undersigned counsel for Defendant, the City of Oakland ("Defendant City"), respectfully moves this Court (the "Motion") for an order admitting *pro hac vice* Maria Bee (the "Applicant") in the above-referenced case. In support of the Motion, the undersigned states as follows:

1.      The Applicant is a member in good standing of the State Bar of California.

2.      The Applicant has not been disbarred, suspended from practice or subject to disciplinary action.

---

[1] The Debtors in these chapter 11 cases are Insight Terminal Solutions, LLC (Case No. 19-32231) and Insight Terminal Holdings, LLC (Case No. 19-32232). The Court has ordered the joint administration of theses chapter 11 cases. The docket in this Case No. 19-32231 should be consulted for all matters affecting the above listed cases.

-1-

3.      The Applicant consents to be subject to the jurisdiction and rules of the Kentucky

Supreme Court governing professional conduct.

4.      The Applicant's mailing address, telephone number, and e-mail address are:

Maria Bee
Chief Assistant City Attorney
1 Frank H. Ogawa Plaza, 6th Floor
Oakland, CA 94612
Phone: (510) 238-3601
E-mail: mbee@oaklandcityattorney.org

5.      Attached to this Motion is **Exhibit A** and incorporated by reference is the Affidavit

of the Applicant in support of this Motion.

6.      The Applicant is an attorney of good moral and professional character and is

eligible for admission to the Bar of this Court. The Applicant is an attorney of good moral and

professional character and is eligible for admission to the Bar of this Court. The Applicant is

admitted to all the State Courts in the State of California, the Northern District of California, the

Central District of California and the 9th Circuit Court of Appeals.

7.      I believe I have completed ECF training through those Federal courts.

8.      Attached to this Motion is **Exhibit B** and incorporated by reference is the

Applicant's Certificate of Good Standing issued by the highest court of the State of California,

where the Applicant is a resident.

9.      Applicant has paid the $150.00 application fee, and the receipt number is

300007405, receipt attached as **Exhibit C**.

WHEREFORE, the undersigned respectfully requests the entry of an order admitting Maria

Bee, *pro hac vice* to appear before this Court in the above-captioned bankruptcy case and all

associated adversary proceedings on behalf of Defendant City.

- 2 -

4867-3836-8695.3

- 3 -

Dated:  April 26, 2024

By: /s/ *April A. Wimberg*

April A. Wimberg
Ryne E. Tipton
DENTONS BINGHAM GREENBAUM
LLP
3500 PNC Tower, 101 South Fifth Street
Louisville, Kentucky 40202
Phone:  (502) 587-3719
Email:  april.wimberg@dentons.com
          ryne.tipton@dentons.com

Monique D. Jewett-Brewster
CA SBN 217792
HOPKINS & CARLEY, ALC
The Letitia Building
70 S First Street
San Jose, CA  95113-2406
Telephone:   (408) 286-9800
Facsimile:   (408) 998-4790
Email:  mjb@hopkinscarley.com

*Co-Counsel for Defendant,*
*The City of Oakland*

- 3 -

4867-3836-8695.3

- 4 -

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and accurate copy of the foregoing was served electronically upon all parties in the electronic filing system in this Adversary Proceeding.

By:    /s/ *April A. Wimberg*

April A. Wimberg
*Co-Counsel for Defendant,*
*The City of Oakland*

- 4 -

# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

| | |
|---|---|
| In re:<br><br>INSIGHT TERMINAL SOLUTIONS, LLC, *et al.*[1],<br><br>               Debtors. | Chapter 11<br><br>Case No. 19-32231<br><br>(Jointly Administered) |
| INSIGHT TERMINAL SOLUTIONS,<br>LLC, as the Reorganized Debtor,<br><br>               Plaintiff,<br><br>     v.<br><br>CITY OF OAKLAND,<br><br>               Defendant. | Adv. Proc. No. 24-03007-jal<br><br>Judge Joan A. Lloyd |

## AFFIDAVIT OF MARIA BEE
## IN SUPPORT OF MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Maria Bee, having been first duly sworn upon oath, do depose and state the following:

1.     My name is Maria Bee.  I am the Chief Assistant City Attorney serving as counsel for Defendant, City of Oakland ("Defendant").

2.     I have personal knowledge of the facts stated herein.

3.     I am a member in good standing of the bar of State of California and am admitted to practice before all of the State Courts in California, the Northern District for the State of California, the Central District for the State of California and the 9th Circuit of California Appeals Court.

---

[1] The Debtors in these chapter 11 cases are Insight Terminal Solutions, LLC (Case No. 19-32231) and Insight Terminal Holdings, LLC (Case No. 19-32232).  The Court has ordered the joint administration of theses chapter 11 cases.  The docket in this Case No. 19-32231 should be consulted for all matters affecting the above listed cases.

4886-6722-4247.3

4.     I am a member in good standing to practice before each of the courts listed in the preceding paragraph of this Affidavit and I have been in good standing since the date that 1 was admitted to practice before each such court.

5.     I have obtained a copy of and familiarized myself with the Joint Local Rules of Civil Practice for the United States District Court for the Western District of Kentucky.  Pursuant to the written consent attached hereto, I agree to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

6.     I am not currently the subject of any professional disciplinary sanction, proceeding, or investigation in any jurisdiction.

7.     I am not currently nor have never been disbarred, suspended from practice, or subject to other disciplinary action by any court, state, territory, or the District of Columbia.

8.     I have not previously filed for permission to appear *pro hac vice* before this Court in the above-captioned proceedings.

9.     I hereby certify that I am familiar with and will at all times comply with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and the Local Rules of this Court.

10.     I hereby certify that I am registered as an ECF participant in the Northern District of California and the Central District of California. I believe I have completed ECF training through those courts.

FURTHER AFFIANT SAYETH NAUGHT.


Dated: April 24, 2024                          _____
                                                            Maria Bee

4886-6722-4247.3

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document

State of California )
County of _Alameda_ )

On _April 24, 2024_, before me, [ K. Swafford ], Notary Public, personally appeared Maria Bee , who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity(ies), and that by her signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature:_____K. Swafford_____    (Seal)

K. SWAFFORD
Notary Public - California
Alameda County
Commission # 2370569
My Comm. Expires Sep 7, 2025

4886-6722-4247.3

# EXHIBIT B

# THE STATE BAR OF CALIFORNIA
# CERTIFICATE OF STANDING

March 29, 2024

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MARIA SUSAN BEE, #167716 was admitted to the practice of law in this state by the Supreme Court of California on December 14, 1993 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Iliana Cervantes
Custodian of Records

# EXHIBIT C

Generated: Mar 27, 2024 4:25PM

Page 1/1

# U.S. District Court

## Kentucky Western - Louisville

Receipt Date: Mar 27, 2024 4:25PM

Natalie Gonzalez
1 Frank H O'Gaw Plaza
7th Floor
Oakland, CA 94612

Rcpt. No: 300007405                Trans. Date: Mar 27, 2024 4:25PM                Cashier ID: #TT

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 111 | Pro Hac Vice | DKYW324LB000001 /001<br>CLERK U S DISTRICT COURT | 1 | 150.00 | 150.00 |

| CD | Tender | | Amt |
|---|---|---|---|
| CC | Credit Card | | $150.00 |

Total Due Prior to Payment: $150.00

Total Tendered: $150.00

Total Cash Received: $0.00

Cash Change Amount: $0.00

**Comments:** Mastercard Approval Code 048331 PHV Marie Bee

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

COURTS/USDC-KY-W-T
601 W BROADWAY STE 106
LOUISVILLE, KY 40202
(502) 625-3592

## SALE

MID: 000025549949
TID: 006          REF#: 00004737
Batch #: 087001   RRN: 570100005
03/27/24                04:20:52
AVS: Y                   CVC: M
ORDER#: 00004736
APPR CODE: 048331
MASTERCARD          Manual CNP
************4400          **/**

**AMOUNT        $150.00**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| INSIGHT TERMINAL SOLUTIONS, LLC, *et al.*[1], | Case No. 19-32231 |
| Debtors. | (Jointly Administered) |
| INSIGHT TERMINAL SOLUTIONS, LLC, as the Reorganized Debtor, | Adv. Pro. No. 24-03007-jal |
| Plaintiff, | Judge Joan A. Lloyd |
| v. | |
| CITY OF OAKLAND, | |
| Defendant. | |

**PROPOSED ORDER**

On the Motion of April Wimberg, co-counsel for Defendant City of Oakland ("Defendant"), pursuant to L.R. 83.2, for an Order admitting Maria Bee to appear *pro hac vice* as co-counsel for Defendant, and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED AND ADJUDGED that Maria S. Bee, Chief Assistant City Attorney, 1 Frank H. Ogawa Plaza, 7th Floor Oakland, CA 94612; Phone: (510) 238-3601; e-mail: mbee@oaklandcityattorney.org, is hereby granted permission to appear and participate *pro hac vice* as Co-Counsel for Defendant City of Oakland, in this action.

---

[1] The Debtors in these chapter 11 cases are Insight Terminal Solutions, LLC (Case No. 19-32231) and Insight Terminal Holdings, LLC (Case No. 19-32232). The Court has ordered the joint administration of theses chapter 11 cases. The docket in this Case No. 19-32231 should be consulted for all matters affecting the above listed cases.

4894-3838-6359.2

TENDERED BY:


By: /s/ *April A. Wimberg*

    April A. Wimberg
    Ryne E. Tipton
    DENTONS BINGHAM GREENBAUM LLP
    3500 PNC Tower, 101 South Fifth
    Street
    Louisville, Kentucky 40202
    Phone: (502) 587-3719
    Email: april.wimberg@dentons.com
          ryne.tipton@dentons.com

    Monique D. Jewett-Brewster
    CA SBN 217792
    HOPKINS & CARLEY, ALC
    The Letitia Building
    70 S First Street
    San Jose, CA 95113-2406
    Telephone: (408) 286-9800
    Facsimile: (408) 998-4790
    Email: mjb@hopkinscarley.com

    *Co-Counsel for Defendant*
    *The City Of Oakland*

4894-3838-6359.2

# Exhibit 2

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| In re:<br><br>INSIGHT TERMINAL SOLUTIONS, LLC, *et al.*[1],<br><br>               Debtors. | Chapter 11<br><br>Case No. 19-32231<br><br>(Jointly Administered) |
| INSIGHT TERMINAL SOLUTIONS,<br>LLC, as the Reorganized Debtor,<br><br>               Plaintiff,<br><br>      v.<br><br>CITY OF OAKLAND,<br><br>               Defendant. | Adv. Pro. No. 24-03007-jal<br><br>Judge Joan A. Lloyd |

**PROPOSED ORDER**

On the Motion of April Wimberg, co-counsel for Defendant City of Oakland ("Defendant"), pursuant to L.R. 83.2, for an Order admitting Maria Bee to appear *pro hac vice* as co-counsel for Defendant, and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED AND ADJUDGED that Maria S. Bee, Chief Assistant City Attorney, 1 Frank H. Ogawa Plaza, 7th Floor Oakland, CA 94612; Phone: (510) 238-3601; e-mail: mbee@oaklandcityattorney.org, is hereby granted permission to appear and participate *pro hac vice* as Co-Counsel for Defendant City of Oakland, in this action.

Joan A. Lloyd
United States Bankruptcy Judge
Dated:  April 29, 2024

---

[1] The Debtors in these chapter 11 cases are Insight Terminal Solutions, LLC (Case No. 19-32231) and Insight Terminal Holdings, LLC (Case No. 19-32232).  The Court has ordered the joint administration of theses chapter 11 cases.  The docket in this Case No. 19-32231 should be consulted for all matters affecting the above listed cases.

4894-3838-6359.2

<u>TENDERED BY</u>:


By: /s/ *April A. Wimberg*
    April A. Wimberg
    Ryne E. Tipton
    DENTONS BINGHAM GREENBAUM LLP
    3500 PNC Tower, 101 South Fifth
    Street
    Louisville, Kentucky 40202
    Phone:  (502) 587-3719
    Email:  april.wimberg@dentons.com
            ryne.tipton@dentons.com

    Monique D. Jewett-Brewster
    CA SBN 217792
    HOPKINS & CARLEY, ALC
    The Letitia Building
    70 S First Street
    San Jose, CA  95113-2406
    Telephone:   (408) 286-9800
    Facsimile:    (408) 998-4790
    Email:  mjb@hopkinscarley.com

    *Co-Counsel for Defendant*
    *The City Of Oakland*

4894-3838-6359.2