# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

|  |  |
|---|---|
| In re: | ) CASE NO. 3:25-cv-00065-BJB |
| INSIGHT TERMINAL SOLUTIONS, LLC et al. | ) |
| Debtors. | ) Honorable Judge Benjamin Beaton |

## AMENDED NOTICE OF WITHDRAWAL AS COUNSEL

The undersigned counsel, Ryne E. Tipton, hereby gives notice of his withdrawal as counsel for the Defendant City of Oakland, California ("City"). Attorney April A. Wimberg at Dentons Bingham Greenebaum LLP will remain on as counsel for the City. The City has been notified of undersigned counsel's withdrawal.

The Court and all parties are requested to amend their files and Certificate of Service lists to remove attorney Ryne E. Tipton as counsel for the City. All filings and communications should continue to be served on all remaining counsel for the City.

Dated: February 28, 2025

By: /s/ *Ryne E. Tipton*
April A. Wimberg
Ryne E. Tipton
DENTONS BINGHAM GREENBAUM LLP
3500 PNC Tower, 101 South Fifth Street
Louisville, Kentucky 40202
Phone: (502) 587-3719
Email: april.wimberg@dentons.com
ryne.tipton@dentons.com

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on February 28, 2025, a copy of the foregoing was served electronically in accordance with the method established under this Court's ECF System, upon all parties in the electronic filing system in this proceeding.

                                              */s/ Ryne E. Tipton*
                                              Ryne E. Tipton