### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF KENTUCKY
### LOUISVILLE DIVISION

| | |
|---|---|
| In re:<br><br>INSIGHT TERMINAL SOLUTIONS, LLC *et al.*<br><br><br><br>Debtors | Case No. 3:25-cv-00065<br><br>Judge Benjamin Beaton |

### MOTION FOR ADMISSION OF BARRY W. LEE TO PRACTICE *PRO HAC VICE*

Pursuant to Rule 83.2 of the Joint Local Rules of Civil Practice for the Eastern and Western Districts of Kentucky (the "Local Rules"), the undersigned counsel for Insight Terminal Solutions, LLC, in its capacity as the Reorganized Debtor, respectfully moves this Court (the "Motion") for an order admitting Barry W. Lee (the "Applicant") to practice *pro hac vice* in the above-referenced case. In support of the Motion, the undersigned states as follows:

1. The Applicant is a member in good standing of the bar of the State of California.

2. The Applicant consents to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

3. The Applicant's mailing address, telephone number, and e-mail address are:

> MANATT PHELPS & PHILLIPS LLP
> One Embarcadero Center, 30th Floor
> San Francisco, CA 94111
> Telephone: (415) 291-7450
> Email: bwlee@manatt.com

4. Attached to this Motion is **Exhibit A** and incorporated by reference is the Affidavit of the Applicant in support of this Motion.

5. The Applicant is an attorney of good moral and professional character and is eligible for admission to the Bar of this Court. He is registered as an ECF participant in the United

States Court for the Northern District of California, the United States Court for the Southern District of California, the United States Court for the Eastern District of California, the United States Court for the Central District of California, and the United States Court of Appeals Second Circuit, and has completed ECF training through those courts.

6.  Attached to this Motion is **Exhibit B** and incorporated by reference is the Applicant's Certificate of Good Standing issued by the highest court of the State of California, where the Applicant is a resident.

7.  Notably, Applicant was recently admitted to practice before the United States Bankruptcy Court for the Western District of Kentucky in an adversary proceeding styled as *Adv. Pro. No. 24-3007, Insight Terminal Solutions, LLC vs. City of Oakland*, which is pending before the Bankruptcy Court in a chapter 11 case styled as *Case No. 19-32231, Insight Terminal Solutions, LLC* (*See* Adv. Proc. Docket No. 6.).

WHEREFORE, the undersigned respectfully requests the entry of an order admitting Barry W. Lee, *pro hac vice* to appear before this Court in this case.

Dated: March 13, 2025.

                                                 Respectfully submitted,

                                                 */s/ Andrew D. Stosberg*
                                                 Andrew D. Stosberg
                                                 GRAY ICE HIGDON, PLLC
                                                 3939 Shelbyville Road, Suite 201
                                                 Louisville, Kentucky 40207
                                                 Telephone: (502) 625-2734
                                                 E-mail: astosberg@grayice.com
                                                 COUNSEL FOR INSIGHT TERMINAL
                                                 SOLUTIONS, LLC

3

## CERTIFICATE OF SERVICE

  This is to certify by the undersigned that the foregoing was served electronically in accordance with the method established under this Court's CM/ECF Administrative Procedures upon all parties in the electronic filing system in this case on the __*13th*__ day of March, 2025.


            */s/ Andrew D. Stosberg*
            Andrew D. Stosberg
            COUNSEL FOR INSIGHT TERMINAL
            SOLUTIONS, LLC