**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

|  |  |
|---|---|
| In re:<br><br>INSIGHT TERMINAL SOLUTIONS, LLC, *et al*.,<br><br>               Debtors. | Case No. 3:25-cv-00065<br><br>Judge Benjamin Beaton |

**THE CITY OF OAKLAND'S NOTICE OF HEARING TRANSCRIPT**

Yesterday, on March 12, 2025, the City of Oakland ("City") filed an Urgent

Supplemental Notice ("Urgent Notice") to its pending motions to stay in this Court in light of the

Bankruptcy Court's order to compel Rule 2004 discovery issued that same day. W.D.K.Y. Case

No. 3:25-cv-00023 Dkt. ECF 19; W.D.K.Y. Case No. 3:25-cv-00065 Dkt. ECF 16.  At the time

the Urgent Notice was filed, only a partial transcript—covering roughly the first half of the

proceedings—of the in-person hearing on the motion to compel was available.  Urgent Notice at

5 n.2.  Consistent with the City's representations in its Urgent Notice, it is now providing this

Court with the full transcript of that hearing, which became available today.  *Id.*

1

Dated:  March 13, 2025               By:  /s/  *Danielle Leonard*

Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Phone: (415) 421-7151
Email:  dleonard@altshulerberzon.com

April A. Wimberg
DENTONS BINGHAM GREENBAUM LLP
3500 PNC Tower, 101 South Fifth Street
Louisville, Kentucky 40202
Phone:  (502) 587-3719
Email:    april.wimberg@dentons.com

Ryan Richardson, City Attorney (SBN 223548)
Maria S. Bee, Chief Asst City Attorney
(SBN 167716)
Kevin McLaughlin, Supervising Deputy City
Attorney (SBN 251477)
THE CITY OF OAKLAND
One Frank Ogawa Plaza, 6th Floor
Oakland, California 94612
Phone:    (510) 238-3601
Email:    rrichardson@oaklandcityattorney.org
                mbee@oaklandcityattorney.org
                kmclaughlin@oaklandcityattorney.org


Attorneys for Defendant,
CITY OF OAKLAND

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served electronically upon all parties in the electronic filing system.

Dated:  March 13, 2025                    By:  /s/ *Danielle Leonard*
                                                Danielle Leonard