**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION**

| | |
|---|---|
| In re: | Case No. 3:25-cv-00065 |
| INSIGHT TERMINAL SOLUTIONS, LLC, *et al*., | Judge Benjamin Beaton |
| Debtors. | |

**THE CITY OF OAKLAND'S REQUEST FOR AN EXPEDITED HEARING ON PENDING MOTION FOR STAY OF PROCEEDINGS IN BANKRUPTCY COURT**

The City of Oakland ("City") requests that this Court calendar a hearing on an expedited basis on the City's pending motions to stay.  On March 12, 2025, the City filed an Urgent Supplemental Notice ("Urgent Notice") to its pending motions to stay in this Court in light of the Bankruptcy Court's order to compel Rule 2004 discovery issued that same day. W.D.K.Y. Case No. 3:25-cv-00023 Dkt. ECF 19; W.D.K.Y. Case No. 3:25-cv-00065 Dkt. ECF 16.  As set forth in the Urgent Notice, the Bankruptcy Court exceeded its jurisdiction by licensing broad discovery into the City's sale of the Oakland Coliseum—a transaction with no conceivable connection to any bankruptcy proceeding, former Debtor Insight Terminal Solutions LLC, or its estate property—which will require the City to review thousands of potentially responsive documents on an extremely expedited basis.  Urgent Notice at 4-6.  The Bankruptcy Court also suggested that sanctions against the City may be appropriate if it did not comply with the broadest conceivable interpretation of the court's extra-jurisdictional discovery order.  *Id.* at 5.

Given the considerable resources that the City is currently expending to comply with the Bankruptcy Court's order, and the serious federalism implications of allowing a private entity to leverage a federal bankruptcy court's powers to conduct an investigation into a local government's financial transactions that have no relationship to the bankruptcy code, the City respectfully requests that this Court enter an administrative stay of Bankruptcy Court proceedings for all the reasons previously briefed and calendar a hearing on an expedited basis on the City's pending motions to stay in this Court.

## CONCLUSION

For the foregoing reasons, the City respectfully requests that this Court enter an administrative stay and set an expedited hearing on the City's pending motions to stay.

Dated:  March 14, 2025          By: /s/ *Danielle Leonard*

        Danielle Leonard (SBN 218201)
        ALTSHULER BERZON LLP
        177 Post Street, Suite 300
        San Francisco, CA 94108
        Phone: (415) 421-7151
        Email:  dleonard@altshulerberzon.com

        April A. Wimberg
        DENTONS BINGHAM GREENBAUM LLP
        3500 PNC Tower, 101 South Fifth Street
        Louisville, Kentucky 40202
        Phone:  (502) 587-3719
        Email:   april.wimberg@dentons.com

        Ryan Richardson, City Attorney (SBN 223548)
        Maria S. Bee, Chief Asst City Attorney
        (SBN 167716)
        Kevin McLaughlin, Supervising Deputy City
        Attorney (SBN 251477)
        THE CITY OF OAKLAND
        One Frank Ogawa Plaza, 6th Floor
        Oakland, California 94612
        Phone:   (510) 238-3601
        Email:   rrichardson@oaklandcityattorney.org
                  mbee@oaklandcityattorney.org
                  kmclaughlin@oaklandcityattorney.org


        Attorneys for Defendant,
        CITY OF OAKLAND

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served electronically upon all parties in the electronic filing system.

Dated: March 14, 2025  By: /s/ *Danielle Leonard*
                            Danielle Leonard