**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| In re:<br><br>INSIGHT TERMINAL SOLUTIONS, LLC, *et al.*,<br><br>Debtors. | Bankruptcy Court Case No. 19-32231 |
| CITY OF OAKLAND,<br><br>Appellant,<br><br>v.<br><br>INSIGHT TERMINAL SOLUTIONS, LLC<br><br>Appellee. | Civil Action Case No. 3:25-cv-00065<br><br>Honorable Judge Benjamin Beaton |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND**
**REQUEST FOR REMOVAL FROM CM/ECF ELECTRONIC NOTIFICATION SERVICE**
**AND ALL SERVICE LIST**

PLEASE TAKE NOTICE that with the consent of defendant The City of Oakland, the undersigned counsel, Monique D. Jewett-Brewster, hereby withdraws as Co-Counsel, in the above-captioned proceeding, and requests that she be removed from the CM/ECF electronic notification service, and any other service lists in the above-captioned proceeding. All other counsel listed below shall remain counsel of record for The City of Oakland.

Respectfully submitted,

Dated: March 14, 2025

By:  /s/ *Monique D. Jewett-Brewster*
Monique D. Jewett-Brewster
CA SBN 217792
LATHROP GPM LLP
70 S First Street
San Jose, CA  95113-2406
Telephone:      (408) 286-9800
Facsimile:       (408) 998-4790
Email:  mjb@lathropgpm.com

4898-1538-5128.1

Kevin McLaughlin, Supervising Deputy City
Attorney (SBN 251477)
Ryan Richardson, City Attorney (SBN
223548) (Pro Hac Vice motion forthcoming)
Maria S. Bee, Chief Asst City Attorney
(SBN 167716)
THE CITY OF OAKLAND
One Frank Ogawa Plaza, 6th Floor
Oakland, California 94612
Phone:   (510) 238-3601
Email:
rrichardson@oaklandcityattorney.org
mbee@oaklandcityattorney.org
kmclaughlin@oaklandcityattorney.org

Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Phone: (415) 421-7151
Email:  dleonard@altshulerberzon.com

April A. Wimberg
DENTONS BINGHAM GREENBAUM LLP
3500 PNC Tower, 101 South Fifth Street
Louisville, Kentucky 40202
Phone:  (502) 587-3719
Email:   april.wimberg@dentons.com

*Co-Counsel for Defendant,
The City of Oakland*