UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| In re: | |
| INSIGHT TERMINAL SOLUTIONS, LLC *et al*. | Case No. 3:25-cv-00065 |
| Debtors | Hon. Judge Benjamin Beaton |

### ORDER

On the Motion pursuant to L.R. 83.2 by Andrew D. Stosberg, counsel for Insight Terminal Solutions, LLC in its capacity as the Reorganized Debtor (the "Debtor"), for an Order admitting Barry W. Lee to appear *pro hac vice* as co-counsel for Debtor and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Barry W. Lee, MANATT PHELPS & PHILLIPS, LLP, One Embarcadero Center, 30th Floor, San Francisco, CA 94111, telephone: (415) 291-7450, e-mail: bwlee@manatt.com is hereby granted permission to appear and participate *pro hac vice* as co-counsel for the Debtor in this case.