**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| **CITY OF OAKLAND** | **PLAINTIFF** |
| **v.** | **No. 3:25-cv-65-BJB** |
| **INSIGHT TERMINAL SOLUTIONS** | **DEFENDANT** |

*** * * * ***

**ORDER OF DISMISSAL**

For the reasons explained in the opinion and order (DN 87) in related case No. 3:25-cv-23, this Court held that it lacks subject-matter jurisdiction over the adversary proceeding (No. 24-3007) from which the City of Oakland took this discovery-related appeal. The Court therefore denies the City of Oakland's motion for leave to appeal under 28 U.S.C. § 158(a)(3) (DN 1-1) and dismisses this proceeding for lack of subject-matter jurisdiction. This is a final order. *See* FED. R. CIV. P. 54 & 58(a).

Benjamin Beaton, District Judge
United States District Court

September 30, 2026